Renee Choy Ohlendorf (SBN 263939)
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001

Attorneys for Defendant GC Services Limited Partnership

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILLAH BURKE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GC Services Limited Partnership,<br><br>　　　　Defendant. | Case No. 3:14-cv-01155-BEN-DHB<br><br>(Assigned to the Honorable Roger T. Benitez Courtroom "5A")<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(A)**<br><br>DATE:　June 23, 2014<br>TIME:　10:30 a.m.<br><br>[Memorandum of Points and Authorities; Declaration of Paul J. Grover and [Proposed] Order Filed Concurrently] |

**TO THIS HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on June 23, 2014 at 10:30 a.m., in Courtroom 5A of above-entitled court, located at 221 W. Broadway, San Diego, CA 92101, Defendant GC SERVICES LIMITED PARTNERSHIP (hereinafter "GC") will and does hereby move for an order transferring this action to the United States District Court for the Southern District of Texas pursuant to 28 U.S.C. §1404(a), on the

1  ground that the Southern District of Texas is a more convenient forum for the parties
2  and witnesses and a transfer would accordingly serve the interests of justice.
3       This Motion is based upon this Notice, the Memorandum of Points and
4  Authorities in support thereof, the Declaration of Paul J. Grover, all other pleadings
5  and records on file in this action, as well as such oral argument or other evidence that
6  this Court may consider at the hearing of this Motion.

8  DATED:  May 14, 2014          HINSHAW & CULBERTSON LLP

                                      By: /S/ Renee Choy Ohlendorf
                                          Renee Choy Ohlendorf
                                          Attorneys for Defendant GC Services
                                          Limited Partnership

# CERTIFICATE OF SERVICE
### *Burke v. GC Services Limited Partnership*
### *USDC Case No.: 3:14-cv-01155-BEN-DHB*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On May 14, 2014, I served the foregoing documents described as: **DEFENDANT'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(A)** on the following attorney(s) of record and/or interested parties in this action, by placing a true and correct copy(ies) thereof enclosed in sealed envelope(S), addressed as follows, by the following means:

### SEE ATTACHED SERVICE LIST

☐ **(BY MAIL):** I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(BY E-MAIL OR ELECTRONIC TRANSMISSION):** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person[s] at the e-mail address[es] set forth herein. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

Executed on May 14, 2014, at Los Angeles, California.

**(FEDERAL):** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct

*/s/ Kristina Hightower*
KRISTINA HIGHTOWER

---
1
CERTIFICATE OF SERVICE
3:14-cv-01155-BEN-DHB

**SERVICE LIST**
*Burke v. GC Services Limited Partnership*
*USDC Case No.:  3:14-cv-01155-BEN-DHB*

| | |
|---|---|
| Todd M. Friedman<br>Nicholas J. Bontrager<br>Suren N. Weerasuriya<br>Law Offices of Todd M. Friedman, P.C.<br>369 Doheny Dr., #415<br>Beverly Hills, CA  90211<br>Tel:    877-206-4741<br>Fax:   866-633-0228<br>Email:  tfriedman@attorneysforconsumers.com<br>             nbontrager@attorneysforconsumers.com<br>             swerasuriya@attorneysforconsumers.com | Attorneys for Plaintiff<br>Jamillah Burke |